JS-6

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARY P. PARNOW
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: mary.parnow@ssa.gov

8  Attorneys for Defendant

9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                      EASTERN DIVISION
12
   CHARLOTTE TAYLOR,            )
13                              )   No. EDCV 08-01613 SS
        Plaintiff,              )
14                              )   JUDGMENT OF REMAND
        v.                      )
15                              )
   MICHAEL J. ASTRUE,           )
16 Commissioner of              )
   Social Security,             )
17                              )
        Defendant.              )
18 _____)

19     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant

20 to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of

21 Remand") lodged concurrent with the lodging of the within Judgment of Remand.

22     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-

23 captioned action is remanded to the Commissioner of Social Security for further

24 proceedings consistent with the Stipulation of Remand.

25 Dated: May 11, 2009

26                                     SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE
27

28